**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

YEE SAN LOH,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-04469

Judge Manish S. Shah

Magistrate Judge Jeannice W. Appenteng

**<u>DECLARATION OF YEE SAN LOH</u>**

I, Yee San Loh, declare and state as follows:

1.     This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.     I am the artist that creates the Yee San Loh Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.     I am a painter, writer, and designer who has been creating food illustrations and culinary content since 2018. I love studying food, ingredients, and cooking, and my illustrated content reflects my own journey of learning. My goal is to make good art accessible and giftable through cards, prints, and stationery. I have been featured in numerous publications and participated in exhibitions throughout the United States, including being selected as a winner in the Chicago Textile Week design competition and having my design installed in the Epiphany Center for the Arts in Chicago.

1

4.      I am the official source of products associated with the Yee San Loh Works (the "Yee San Loh Products"):



https://www.yeesan.com/posters

5.      I am the owner of the copyright registrations for the Yee San Loh copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-454-166; VA 2-454-366; VA 2-454-174; VA 2-454-359; VA 2-454-621; and VA 2-454-365 (the "Yee San Loh Works").

6.      The success of the Yee San Loh Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in First Amended Schedule A attached to the

2

Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Yee San Loh Works to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the Yee San Loh Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Yee San Loh Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Yee San Loh Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the Yee San Loh Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Yee San Loh copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Yee San Loh Works and derivative works.

3

10. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Yee San Loh Works are meant to be exclusive rights.

11. The marketing and distribution of the Yee San Loh Works and derivative works are aimed at growing and sustaining sales. When infringers use the Yee San Loh Works without authorization, the exclusivity associated with the Yee San Loh Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12. Uncontrolled profiteering and pirating of the Yee San Loh Works create the impression that the copyright rights associated with the Yee San Loh Works may be infringed with impunity. The Yee San Loh Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Yee San Loh Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Yee San Loh Works cannot be compensated for financially since it erodes my ability to monetize the Yee San Loh Works.

13. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2026.

_____
Yee San Loh

4