**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| YEE SAN LOH,<br><br>                    Plaintiff,<br><br>      v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                    Defendants. | Case No. 1: 26-cv-04469<br><br>**Judge Manish S. Shah** |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff YEE SAN LOH ("Loh" or "Plaintiff") against the defendants identified on Amended Schedule A, and using the Online Marketplace Accounts identified on Amended Schedule A (collectively, the "Defendant Internet Stores"), and Loh having moved for entry of Default and Default Judgment against the defendants identified on Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Loh having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that, by virtue of their default, Defaulting Defendants have sold products using infringing versions of Loh's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-454-166; VA 2-454-366; VA 2-454-174; VA 2-454-359; VA 2-454-621; and VA 2-454-365 (the "Yee San Loh Works").

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Loh's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.  Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a.  using the Yee San Loh Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Yee San Loh Product or not authorized by Loh to be sold in connection with the Yee San Loh Works;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Yee San Loh Product or any other product produced by Loh, that is not Loh's or not

2

produced under the authorization, control, or supervision of Loh and approved by Loh for sale under the Yee San Loh Works;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Loh, or are sponsored by, approved by, or otherwise connected with Loh; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Loh, nor authorized by Loh to be sold or offered for sale, and which bear any of Loh's copyrights, including the Yee San Loh Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") (the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, or exercising control over the Defendant Internet Stores, or any other online marketplace account, to sell infringing goods using the Yee San Loh Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Yee San Loh Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Yee San Loh Product or not authorized by Loh to be sold in connection with the Yee San Loh Works.

3. Upon Loh's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Yee San Loh Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Loh is awarded statutory damages from each of the Defaulting Defendants in the amount of twelve thousand five hundred dollars ($12,500) for willful use of infringing Yee San Loh Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, are hereby released to Loh as partial payment of the above-identified damages, and Third Party Providers, including Amazon, are ordered to release to Loh the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Loh has recovered full payment of monies owed to it by any Defaulting Defendant, Loh shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

4

8.      In the event that Loh identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Loh may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at and any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Final Judgment.

Dated: June 9, 2026

Manish S. Shah
United States District Judge

**Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | BAYABU |
| 2 | ZiYingFanShan |
| 3 | wqybcv |
| 4 | Huangss |
| 5 | dalianyimanshangmaoyo |
| 6 | banzjo09 |
| 7 | superliang |
| 8 | JIAZEHE |
| 9 | daiwri |
| 10 | Fengyixiantyt |
| 11 | JunTaLvYouDian |
| 12 | Sallyfanny14 |
| 13 | Jinwaftv |
| 14 | Pejinlu |
| 15 | Guangzhou Runban Trading Co., Ltd |