AO 121 (Rev. 06/16)

| TO: Register of Copyrights U.S. Copyright Office 101 Independence Ave. S.E. Washington, D.C. 20559-6000 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
| --- | --- |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☐ ACTION    ☐ APPEAL

| COURT NAME AND LOCATION |
| --- |

| DOCKET NO. | DATE FILED |
| --- | --- |

| PLAINTIFF | DEFENDANT |
| --- | --- |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| --- | --- | --- |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
| --- | --- | --- |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes   ☐ No | DATE RENDERED |
| --- | --- | --- |

| CLERK | (BY) DEPUTY CLERK | DATE |
| --- | --- | --- |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Yee San Loh

               Plaintiff,

v.

               Case No.:
               1:26–cv–04469

               Honorable Manish S. Shah

The Partnerships and Unincorporated Associations
Identified on Schedule A

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

     MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, the motion for entry of default judgment [23] is granted. Enter Default Judgment Order. Terminate civil case. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B. IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 10, 2026

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-166

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 25, 2025

## Title
 

**Title of Work:** Tomatoes

## Completion/Publication
 

**Year of Completion:** 2020
**Date of 1st Publication:** August 14, 2020
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Yee San Loh
  **Author Created:** 2-D artwork
  **Citizen of:** Malaysia

## Copyright Claimant
 

**Copyright Claimant:** Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions
 

**Name:** Yee San Loh
**Email:** yeesanloh@icloud.com
**Address:** 2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification
 

**Name:** David Denholm
**Date:** April 16, 2025
**Applicant's Tracking Number:** YL2025041618

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-366

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

## Title
 

        **Title of Work:**   Ancient Grains (Non-Wheat)

## Completion/Publication

        **Year of Completion:**   2021
   **Date of 1st Publication:**   May 26, 2021
**Nation of 1st Publication:**   United States

## Author

     •       **Author:**   Yee San Loh
     **Author Created:**   2-D artwork
         **Citizen of:**   Malaysia

## Copyright Claimant

    **Copyright Claimant:**   Yee San Loh
                 2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions

          **Name:**   Yee San Loh
          **Email:**   yeesanloh@icloud.com
       **Address:**   2631 General Taylor Street
                 New Orleans, LA 70115 United States

## Certification

          **Name:**   David Denholm
           **Date:**   April 16, 2025
**Applicant's Tracking Number:**   YL2025041601

# Ancient Grains

CEREAL : NON-WHEAT

  

## millet

A productive crop with a short growing season, millet has been consumed for about 7,000 years. There are many types of millets but the most widely grown is pearl millet.

## barley

One of the earliest cultivated crops (about 10,000 years ago in Eurasia). Its name comes from old English: *bere* & *baerlic*.

## sorghum

A flowering grass that has over 25 different species. Originally domesticated in Africa, sorghum has the most wheat-like flavour for gluten-free flour.

  

## teff

Also called Williams Loveg-rass, teff is native to the Horn of Africa. Its name is derived from the Amharic *teffa*, which means "lost". It is the world's smallest grain.

## oats

The common oat is a versatile crop that is grown for grain, flour, oatmeal, oat milk & stout. It is high in fibre & has cholestrol-lowering properties.

## fonio

Fonio is a type of small millet native to West Africa. They look almost like sunflower seeds but smaller. There is black fonio & white fonio. The white variety is also called "hungry rice".

PSEUDOCEREAL



   

## buckwheat

Although called common buckwheat or beech wheat, it is not related to wheat but sorrel & rhubarb. The seeds are triangular & are used like wheat. First cultivated in Southeast Asia in 6,000 BC.

## quinoa

Quinoa is from the same family as amaranth & spinach, that originated from the Andean region. It has been eaten for 3,000-4,000 years. Its name is from the Quechua words, *kinwa* or *kinuwa*.

## amaranth

Also called love lies bleeding, tassel flower, pendant or foxtail amaranth, & quilete. It is a common food source in India & the Andean region. A. high-yield protein source that is easy to harvest & process.

## chia

From the mint family, chia is native to Mexico & Guatemala. Chia is *chian* in *Nahuatl* that means "oily". Its seeds are mottled brown, grey, black & white. Dense & crunchy, they taste like poppy seeds.

YSUH

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-174

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title
_____

**Title of Work:**   Ancient Grains (Wheat)

## Completion/Publication
_____

**Year of Completion:**   2021
**Date of 1st Publication:**   May 26, 2021
**Nation of 1ˢᵗ Publication:**   United States

## Author
_____

- **Author:**   Yee San Loh
  **Author Created:**   2-D artwork
  **Citizen of:**   Malaysia

## Copyright Claimant
_____

**Copyright Claimant:**   Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions
_____

**Name:**   Yee San Loh
**Email:**   yeesanloh@icloud.com
**Address:**   2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification
_____

**Name:**   David Denholm
**Date:**   April 16, 2025
**Applicant's Tracking Number:**   YL2025041602

Page 1 of 2

# Ancient Grains

CEREAL : WHEAT



## einkorn

A wild species of wheat with larger grains than modern wheat. One of the first plants domesticated (about 10,000 years ago).



## spelt

Also called *dinkel* wheat or hulled wheat, spelt has been cultivated since 5,000 BC. It was an important staple food in parts of Europe from the Bronze to Medieval Ages.



## emmer

One of the first crops domesticated, native to the Fertile Crescent. The oldest emmer grains date back to 17,000 BC.



## kamut

Also called Khorosan wheat or Oriental wheat. The grains are twice the size of modern wheat, & has a rich, nutty flavour.



## bulgar

Its name comes from Turkish *bulgur* or *burghul.* Bulgur is made from cracked, parboiled groats of several species of wheat (mostly durum wheat).



## farro

Popular in Mediterranean cuisine, farro refers to multiple types of wheat brought to Rome around 44 BC. It looks and tastes like barley with a slight caramel note.



## freekeh

Also called *frikeh* or *farik,* freekeh is made from durum wheat that is harvested while the grains are green & soft. They taste similar to brown rice.



## rye

Rye is a member of the wheat family, although it is also closely related to barley. It grew wild in Central & Eastern Turkey, and has been cultivated since the Middle Ages.



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-359

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

## Title
**Title of Work:** Pasta

## Completion/Publication
**Year of Completion:** 2021
**Date of 1st Publication:** September 15, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author
- **Author:** Yee San Loh
**Author Created:** 2-D artwork
**Citizen of:** Malaysia

## Copyright Claimant
**Copyright Claimant:** Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions
**Name:** Yee San Loh
**Email:** yeesanloh@icloud.com
**Address:** 2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification
**Name:** David Denholm
**Date:** April 16, 2025
**Applicant's Tracking Number:** YL2025041614



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-621

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 29, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Robots |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | April 07, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Yee San Loh |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Malaysia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Yee San Loh |
| | 2631 General Taylor Street, New Orleans, LA, 70115, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Yee San Loh |
| **Email:** | yeesanloh@icloud.com |
| **Address:** | 2631 General Taylor Street |
| | New Orleans, LA 70115 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | April 16, 2025 |
| **Applicant's Tracking Number:** | YL2025041616 |



Case: 1:26-cv-04469 Document #: 28 Filed: 06/20/26 Page 13 of 15 PageID #:263

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-365

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
July 28, 2025

## Title

**Title of Work:** Beets

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** June 20, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Yee San Loh
  **Author Created:** 2-D artwork
  **Citizen of:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Yee San Loh
2631 General Taylor Street, New Orleans, LA, 70115, United States

## Rights and Permissions

**Name:** Yee San Loh
**Email:** yeesanloh@icloud.com
**Address:** 2631 General Taylor Street
New Orleans, LA 70115 United States

## Certification

**Name:** David Denholm
**Date:** April 16, 2025
**Applicant's Tracking Number:** YL2025041603

